# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

REGINA MIRABELLA,

      Plaintiff,

vs.

MGM GRAND HOTEL, LLC

      Defendant.

2:10-CV-00103-PMP-PAL

**ORDER**

Before the Court for consideration is Plaintiff Mirabella's Motion for Rule 54(b) Certification (Doc. #30), filed on October 28, 2010, Defendant's Counter-Motion for Attorneys Fees and Costs (Doc. #33) filed November 12, 2010, and Plaintiff's Notice of Withdrawal of Plaintiff's Motion for 54(b) Certification (Doc. #34) filed November 22, 2010. The Court having read and considered the foregoing and all related filings, and good case appearing,

**IT IS ORDERED that** Plaintiff's Notice of Withdrawal of Plaintiff's Motion for 54(b) Certification (Doc. #34) is hereby **GRANTED**, and Plaintiff Mirabella's Motion for Rule 54(b) Certification (Doc. #30) is hereby withdrawn.

**IT IS FURTHER ORDERED that** Defendant's Counter-Motion for Attorneys Fees and Costs (Doc. #33) is **DENIED**.

DATED: November 29, 2010.

_____
PHILIP M. PRO
United States District Judge